# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

Clifford W. Taylor,
Chief Justice

131430 & (72)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PETER VERVERIS and THERESA VERVERIS,
as Next Friend of PHILIP VERVERIS, a Minor,
        Plaintiffs-Appellants
        and Cross-Appellees,

v

        SC: 131430
        COA: 251868
        Oakland CC: 2002-037354-NI

HARTFIELD LANES,
        Defendant-Appellee
        and Cross-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 2, 2006 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

_____
Clerk

d1122